UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Cause No. 2:24-CR-35-PPS-JEM |
| EDWIN PALACIOS SOSA, | ) ) ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on the Report and Recommendation of Magistrate Judge John E. Martin, relating to Defendant Edwin Palacios Sosa's request to enter a plea of guilty pursuant to Federal Rule of Criminal Procedure 11. Following a hearing on the record on May 29, 2025, Magistrate Judge Martin found that there is a factual basis for Defendant's plea and that the Defendant knowingly and voluntarily entered into his plea of guilty. [*See* DE 130]. Accordingly, Judge Martin recommends that the Court accept Defendant's plea of guilty to the offenses charged in Counts 1 and 4 of the indictment and that Defendant be adjudged guilty of the offenses charged in Counts 1 and 4 of the indictment. [*Id.*]

Neither party has filed an objection to Magistrate Judge Martin's Report and Recommendation. The Court having reviewed Magistrate Judge Martin's Report and Recommendation and agreeing with the reasoning therein, hereby **ADOPTS** the Report and Recommendation in its entirety.

**SO ORDERED**.

ENTERED: June 25, 2025.

                                              /s/ Philip P. Simon  
                                              PHILIP P. SIMON, JUDGE  
                                              UNITED STATES DISTRICT COURT